IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF

| In re:<br><br>FELIX A. DIALOISO,<br><br>Debtor(s). | Chapter 13<br>Case No. 16-12221-DER |
|---|---|

**NOTICE OF APPEARANCE AND**
**REQUEST FOR SERVICE OF NOTICES AND PAPERS**

PLEASE TAKE NOTICE that Wells Fargo Bank, N.A. appears in this case through the undersigned counsel and requests, pursuant to Fed. R. Bankr. P. 2002, 3017(a), and 9010, that notices given or required to be given in this case, including but not limited to orders, reports, pleadings, motions, applications, petitions, requests, complaints, plans or demands, whether formal or informal, whether transmitted or conveyed by mail, delivery, telephone, telecopy, telex, or otherwise, be given and served upon the undersigned counsel at the address and the telephone number set forth below. To the extent this party has previously entered its appearance by other counsel, this appearance is for limited purposes only and copies of all documents intended to constitute notice to this party must be served on all counsel of record.

*4216 Penn Avenue*
*Nottingham, Maryland 21236*
*Loan No.: 708*
*Reference: ALG#555325*

Service upon the undersigned is not adequate process in connection with this party unless copies of such service are also delivered to any co-counsel of record. The entry of this party's appearance does not constitute consent to the personal jurisdiction of this Court for any purpose or waiver of any rights, including but not limited to the right to trial by jury.

This entry of appearance shall not apply to any proceeding or transaction occurring outside of this Court, or to any proceeding or transaction occurring in another proceeding before this Court, although courtesy copies of any documents to be filed or served in such proceedings and transactions are hereby requested. The appearance of the undersigned shall not apply to any adversary proceeding under Part VII of the Federal Rules of Bankruptcy Procedure, including but not limited to an adversary proceeding arising under Fed. R. Bankr. P. 3007, and this party does not waive any rights to receive appropriate service in such adversary proceedings by any manner directed by law, including but not limited to Fed. R. Bankr. P. 7004(h).

Respectfully submitted,

By: /s/ Patrick Decker
Patrick M. A. Decker, Bar #19259
Attorney for Wells Fargo Bank, N.A.
Atlantic Law Group, LLC
PO Box 2548
Leesburg, VA 20177
703-777-7101 telephone
703-940-9119 facsimile
pdecker@atlanticlawgrp.com

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on _6/8/16_____, copies of the foregoing Notice of Appearance were mailed by first class mail, postage-paid, or served electronically to the following parties:

Felix A. Dialoiso
4216 Penn Avenue
Nottingham, MD 21236
Debtor

Edward C. Christman, Jr.
Christman & Fascetta, LLC
810 Gleneagles Court
Suite 301
Towson, MD 21286
Attorney for the Debtor

Gerard R. Vetter, Trustee
300 E. Joppa Road
Suite 409
Towson, MD 21286

  _/s/ Patrick Decker_____
Patrick M. A. Decker, Bar #19259
Attorney for Wells Fargo Bank, N.A.
Atlantic Law Group, LLC
PO Box 2548
Leesburg, VA 20177
703-777-7101 telephone
703-940-9119 facsimile
pdecker@atlanticlawgrp.com

*4216 Penn Avenue*
*Nottingham, Maryland 21236*
*Loan No.:  708*
*Reference: ALG#555325*