Label Matrix for local noticing
0416-1
Case 16-12221
District of Maryland
Baltimore
Wed Dec 21 16:27:46 EST 2016

McMillan Metro P.C.
1901 Research Blvd., Suite 500
Rockville, MD 20850-3168

Allen F. Loucks
Assistant United States Attorney
36 S. Charles
Fourth Floor
Baltimore MD 21201-3020

American InfoSource LP as agent for
Verizon
PO Box 248838
Oklahoma City, OK  73124-8838

Berks Credit & Collections
Po Box 329
Attn: Bankruptcy
Temple, PA 19560-0329

Child Support Enforcem
5050 W Tennessee St
Tallahassee, FL 32399-6586

Comptroller of Maryland
Revenue Administration Division
110 Carroll Street
Annapolis, MD 21411-1000

Comptroller of the Treasury
Compliance Division, Room 409
301 W. Preston Street
Baltimore, MD 21201-2305

Deputy County Attorney
Baltimore County Office of Law
400 Washington Avenue, 2nd Floor
Towson, MD 21204-4606

Internal Revenue Service
PO Box 7346
Philadelphia, PA 19101-7346

(p)INTERNAL REVENUE SERVICE
CENTRALIZED INSOLVENCY OPERATIONS
PO BOX 7346
PHILADELPHIA PA 19101-7346

McMillan Metro, P.C.
c/o Jill D. Caravaggio, Esq.
11116 Innsbrook Way
Suite B
Ijamsville, MD 21754-9058

Skyline Network Engineering, LLC
Natalie Drinkard, Esq.
8808 Centre Park Drive, Suite 204
Columbia, MD 21045-2221

State Of Md/ccu
300 W Preston St Ste 503
Baltimore, MD 21201-2308

State of Florida - Child Support Enforcement
Post Office Box 6668
Tallahassee, FL 32314-6668

State of Maryland DLLR
Division of Unemployment Insurance
1100 N. Eutaw Street, Room 401
Baltimore, MD 21201-2225

Supervisor of Delin. Accts.
Rm. 1 Municipal Building
Holliday & Lexington Streets
Baltimore, MD 21202

Transworld System Inc/
2235 Mercury Way Ste 275
Santa Rosa, CA 95407-5463

Verizon
500 Technology Dr
Suite 500
Weldon Spring, MO 63304-2225

Wells Fargo
Po Box 60510
Los Angeles, CA 90060-0510

Wells Fargo Bank, N.A.
Attention: Bankruptcy Department
MAC# D3347-014
3476 Stateview Blvd
Fort Mill SC 29715-7203

Wells Fargo Home Mtg
Written Correspondence Resolutions
Mac#X2302-04e Po Box 10335
Des Moines, IA 50306-0335

Brian A. Goldman
Goldman & Goldman, P.A.
Foxleigh Building
2330 West Joppa Road, Suite 300
Lutherville, MD 21093-4689

Edward C. Christman Jr.
Christman & Fascetta, LLC
810 Gleneagles Court
Suite 301
Towson, MD 21286-2237

Felix A. Dialoiso
4216 Penn Avenue
Nottingham, MD 21236-1724

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Internal Revenue Service
Special Procedures DIvision
31 Hopkins Plaza, Room 1120
Baltimore, MD 21201

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)Internal Revenue Service (IRS)          (u)Wells Fargo Bank, N.A                    (u)BGE
                                                                                        INVALID ADDRESS PROVIDED

End of Label Matrix
Mailable recipients    24
Bypassed recipients     3
Total                  27