Entered: December 22nd, 2016
Signed: December 21st, 2016

**SO ORDERED**



David E. Rice
U. S. Bankruptcy Judge

## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND

In re:

FELIX A. DIALOISO

    Debtor

Case No. 16-12221 DER

Chapter 7

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

## ORDER AUTHORIZING TRUSTEE TO EMPLOY AND COMPENSATE REAL ESTATE AGENT FOR THE REAL PROPERTY KNOWN AS 4216 PENN AVENUE, NOTTINGHAM, MARYLAND 21236

Upon consideration of the Trustee's Application to Employ and Compensate Real Estate Agent (the "Application") and good cause appearing therefore, it is,

**ORDERED**, that the Trustee be, and he hereby is, authorized to employ Ronald M. Osher of Long & Foster Real Estate, Inc., to obtain a contract for the sale of the property known as 4216 Penn Avenue, Nottingham, Maryland 21236 (the "Property"), described in the Application upon the terms and conditions set forth in the Application and in accordance with the terms and conditions set forth in the Exclusive Right to Sell Residential Brokerage Agreement attached to and incorporated in the Application as Exhibit A; and it is further

220632/04666.101

**ORDERED**, that the real estate agent shall be authorized and entitled to Three Hundred Forty Five and 00/100 Dollars ($345.00) and its commission of five percent (5%) of the sale price to be paid at settlement on the Property; and it is further

**ORDERED**, that at the completion of said contract, upon consideration of the real estate agent's final account, the Court may allow compensation different from the compensation provided for in the Application if such terms and conditions prove to have been improvident in light of developments not anticipated at the time of the fixing of such terms and conditions.

cc:

 Mark Edelson, Esquire
 Goldman & Goldman, P.A.
 2330 West Joppa Road, Suite 300
 Lutherville, Maryland 21093

 Office of the U.S. Trustee
 101 W. Lombard Street, Suite 2625
 Baltimore, Maryland 21201

 Mr. Felix A. Dialoiso
 4216 Penn Avenue
 Nottingham, MD 21236

 Edward C. Christman, Jr., Esquire
 Christman & Fascetta, LLC
 810 Gleneagles Court
 Suite 301
 Towson, MD 21286

 Mr. Ronald M. Osher
 Long and Foster Real Estate, Inc.
 10801 Tony Drive
 Lutherville, MD 21093

**END OF ORDER**